```
1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5
6
7
                UNITED STATES DISTRICT COURT
8           FOR THE CENTRAL DISTRICT OF CALIFORNIA
                       EASTERN DIVISION
9
10
11 LUZ M. DIAZ ESPINOZA,              )  CASE NO.: EDC12-02094 JEM
12              Plaintiff,             )  [PROPOSED] ORDER AWARDING
                                       )  EAJA FEES
13    v.                               )
14 CAROLYN W. COLVIN, Acting           )
   Commissioner of Social Security    )
15 Administration,                    )
                                       )
16              Defendant.             )
17 _____  )
```

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SIX HUNDRED FIFTY DOLLARS and no/cents ($2,650.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 3/10/2014

/s/ John E. McDermott
UNITED STATES MAGISTRATE JUDGE